UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS JAFFEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THOMAS M. SIEBEL, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-07334-TLT<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING CO-LEAD COUNSEL**<br><br>Re: Dkt. No. 11 |

Upon review of the parties' stipulation, ECF 11, the Court GRANTS the Parties' request to consolidate and *Fernicola v. Siebel, et al*. 3:25-cv-07750, *Jaffee v. Siebel, et al*. 3:25-cv-07334, and *Steffens v. Siebel et al.,* 25-cv-7669 ("Related Derivative Actions").

The Court ORDERS:

1. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 3:25-cv-07334-TLT (the "Consolidated Action"):

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Jaffee v. Siebel, et al.* | 3:25-cv-07334-TLT | August 29, 2025 |
| *Steffens v. Siebel, et al.* | 3:25-cv-07669-TLT | September 9, 2025 |
| *Fernicola v. Siebel, et al.* | 3:25-cv-07750-TLT | September 11, 2025 |

2. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 3:25-cv-07334-TLT. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE C3.AI, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 3:25-cv-07334-TLT<br><br>(Consolidated) |

3. Co-Lead Counsel for plaintiffs in this Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**RIGRODSKY LAW, P.A.**
Gina M. Serra
Vincent A. Licata
Leah B. Wihtelin
1091 N. Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-8009
Facsimile: (302) 654-7530
Email: gms@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

1      4.  Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

    5.  Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

    6.  Defendants have accepted service of the complaints in the Related Derivative Actions without waiver of any rights or defenses except as to sufficiency of service.

    7.  Defendants may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

    8.  This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court.  When a shareholder derivative action that properly belongs as part of *In re C3.ai, Inc. Derivative Litigation*, Lead Case No. 3:25-cv-07334-TLT, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, the parties are ORDERED to call to the attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of In re C3.ai, Inc. Derivative Litigation, Lead Case No. 3:25-cv-07334-TLT, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.  Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving C3.ai filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

    9.  All dates and deadlines are maintained.

//

//

3

10. An initial case management conference is set for November 20, 2025. The parties shall file a joint case management statement, containing a proposed case schedule, by November 13, 2025.

IT IS SO ORDERED.

Dated: October 2, 2025

TRINA L. THOMPSON
United States District Judge

8/29/2028

United States District Court
Northern District of California

4